IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL ALAN CORMIER**                                                                             **PLAINTIFF**
**ADC #160432**

v.                            Case No: 4:20-cv-00487 KGB-PSH

**ROBERT L. JONES JR,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 31). No objections have been filed, and the time to file objections has passed. After careful review of the Proposed Findings and Recommendation, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Therefore, the Court grants defendants Robert L. Jones, Jr. and Billy Bradley's motion for summary judgment (Dkt. No. 18) and denies plaintiff Russell Alan Cormier's motion for summary judgment (Dkt. No. 24). This case is dismissed without prejudice for failure to exhaust available administrative remedies. The requested relief is denied.

It is so ordered this 13th day of September, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge